IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORVILLE PHILIP HAXTON, JR.,
     Plaintiff,

vs.                                                                    Case No.: 3:14cv214/MCR/EMT

RICK PATEL, et al.,
     Defendants.
_____/

### REPORT AND RECOMMENDATION

     This civil rights action is before the court upon referral from the clerk.

     On March 17, 2015, the court entered an order giving Plaintiff thirty (30) days in which to file a response to the Motion to Dismiss filed by Defendants Daniel Cain, Frank Van Schmidt, and Dani Torres (doc. 28, motion to dismiss; doc. 29, order directing response to motion).  Plaintiff failed to respond to the order.  Therefore, on April 21, 2015, the court issued an order requiring Plaintiff to show cause, by May 4, 2015, why this action should not be dismissed for failure to comply with an order of the court and failure to prosecute (doc. 30).

     In its April 21, 2015, order the court also noted the pendency of a Motion to Dismiss filed by Defendants William Eddins and Jay Patel (doc. 22), to which Plaintiff had responded (doc. 26). The court stated that Plaintiff's failure to respond to the Motion to Dismiss filed by Defendants Cain, Van Schmidt, and Torres might signal his intention to abandon this case and therefore the court required Plaintiff to file a notice advising the court of his continued interest in this litigation by May 4, 2015.  Plaintiff was cautioned that if he failed to timely show cause for the failure to respond to the Motion to Dismiss filed by Defendants Cain, Van Schmidt, and Torres <u>or</u> failed to file a notice advising the court of his continued interest in this litigation, the court would recommend that this action be dismissed without prejudice for the failure to comply with an order of the court and failure to prosecute.

     The time for compliance with the court's April 21, 2015, order has elapsed, and Plaintiff has

neither attempted to show cause for the failure to respond to the Motion to Dismiss filed by Defendants Cain, Van Schmidt, and Torres nor filed a notice advising the court of his continued interest in this litigation.  Accordingly, the court recommends that this action be dismissed without prejudice for Plaintiff's failure to comply with an order of the court and failure to prosecute.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute.

At Pensacola, Florida, this 12<u>th</u> day of May 2015.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**